30 So.3d 682 (2010)
Jude CLERMONT, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D08-2403.
District Court of Appeal of Florida, Third District.
March 24, 2010.
Carlos J. Martinez, Public Defender, and Clayton R. Kaeiser, Special Assistant Public Defender, for appellant.
Bill McCollum, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for appellee.
Before COPE, GERSTEN and ROTHENBERG, JJ.
*683 PER CURIAM.
Affirmed. Dante v. State, 903 So.2d 293 (Fla. 3d DCA 2005).